IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISSAC CALLAHAND,

    Petitioner,      No. CIV S-09-0043 KJM P

  vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.      <u>ORDER</u>

/

        By an order filed January 20, 2009, petitioner was ordered to file an application to proceed in forma pauperis or the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a dismissal of this action. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis or paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 24, 2009.

                                  U.S. MAGISTRATE JUDGE

1
call0043.dis

1